799 F.2d 539
 GENERAL ACCIDENT INSURANCE COMPANY, Plaintiff-Appellee,
v.
Mary Lou NAMESNIK, and Robert and Cornell Whitlow,
Defendants-Appellants.
 Nos. 85-2021, 85-2022, 85-2166 and 85-2242.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 9, 1986.
 
 Larry L. Smith, Calvin L. Raup, O'Connor, Cavanaugh, Anderson, Westover, Killingsworth & Beshears, P.A., David D. Dodge, Mark R. Lieberman, Eaton, Lazarus, Dodge & Lowrey, Ltd., Phoenix, Ariz., for plaintiff-appellee.
 Dougal B. Reeves, Jr., Gregg Clarke Gibbons, Simon, Reeves & Roberts, Scottsdale, Ariz., for defendants-appellants.
 Prior report: 790 F.2d 1397.
 Before WALLACE, KENNEDY, and FARRIS, Circuit Judges.
 
 ORDER
 
 1
 Footnote 1 on page 7 of the opinion filed June 2, 1986, is hereby deleted.
 
 
 2
 The petition for rehearing is denied.